WM. R. GORDON et al. *v.* THE VICKSBURG, SHREVEPORT AND TEXAS R. R. Co.—Opposition of BRANNER et al.—MONITION.

The doctrine in *Branner et al.* v. *M. C. Hardy, Sheriff, et al.* (ante, p. 537), re-affirmed.

· APPEAL from the District Court, Parish of Ouachita, *Crawford*, J. *R. W. & R. Richardson*, for appellants. *J. & R. Ray*, for appellees.

This was an application on the part of Gordon et al., for a monition to quiet their title to the Vicksburg, Shreveport & Texas Railroad. The facts are fully set forth in the opinion of the Court, in the case of *Branner et al.* v. *M. C. Hardy, Sheriff, et al.* (ante, p. 537:)

The Vicksburg, Shreveport and Texas Railroad, with its rolling stock, franchises, etc., were offered by sale, by the Sheriff of the Parish of Ouachita, by virtue of an order of seizure and sale, granted on the ap-

lication of Wm. H. Gordon et al., on the 30th day of December, A. D. 1866; after due advertisement and notice, the sheriff offered the road for sale, distinctly announcing the terms of sale before offering the property; and, among other things, expressly stating that the purchaser must assume the payment of all interest coupons belonging to the mortgage bonds of the road which were due, to the extent of the surplus bid over the amount necessary to satisfy the judgment on which the road was then sold; that the excess must be applied to the payment of the outstanding interest coupons, pro rata. At the sale, Branner and others, the opponents in the case, bid the sum of $550,000, which was the highest bid; immediately after the railroad was knocked down to them, Ludling and some other holders of interest coupons presented them to Branner & Co. and demanded payment. Branner & Co. refused to pay any coupons which had not been protested, whereupon the sheriff, deeming the refusal to pay the coupons presented a refusal to comply with the terms of the sale, immediately, on the same day, and without further advertisement, offered the railroad again for sale, and it was sold against the protest of Branner & Co., to Gordon et al., the applicants for the monition in this case. Branner & Co. instituted a suit against the sheriff and the purchasers at the second sale, and prayed to have the sale to them affirmed, and the adjudication to Gordon et al. declared null and void.

Gordon et al., in order to quiet their title, made the application for the monition in this case.

TALIAFERRO, J. In this case, by reason of the law and the evidence, and for the reasons and judgment rendered by this Court in the case of *Geo. M. Branner et al.* v. *M. C. Hardy, Sheriff et al.*, it is ordered, adjudged and decreed, that the judgment of the District Court be affirmed. It is further ordered that the opponents, Branner et al., pay the costs of this appeal.

---

THE SAME *v.* THE SAME.—APPLICATION FOR REHEARING.